UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES WATSON,

       Plaintiff,

  v.             ORDER
                  08-CV-960

M.D. LESTER N. WRIGHT, et al.,

       Defendants.

---

  This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1). On October 5, 2009, plaintiff filed a motion for a preliminary injunction. On March 10, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's motion be denied.

  Plaintiff filed objections to the Report and Recommendation on May 3, 2010 and defendants filed a response thereto.

  Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a de novo determination of those portions of the Report and Recommendation to which objections have been made. Upon a de novo review of the Report and Recommendation, and after reviewing the submissions, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for a preliminary injunction is denied.

The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2010