UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CHARLES WATSON,

                              Plaintiff,

                                                           ORDER
          v.                                                     08-CV-960A

M.D. LESTER N. WRIGHT, et al.,

                              Defendants.

---

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On March 26, 2013, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that plaintiff's first cause of action be dismissed to the extent it arises from plaintiff's pruritus; that his second cause of action be dismissed against defendants Moscicki, Steeg, Wright, Bellamy; and that his third and fourth causes of action be dismissed in their entirety, but that defendants' motion otherwise be denied.

    The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's first cause of action is dismissed to the extent it arises from plaintiff's pruritus; that his second cause of action is dismissed against defendants Moscicki, Steeg, Wright, Bellamy; and his third and fourth causes of action are dismissed in their entirety.

Defendants' motion otherwise is denied.

The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: April 26, 2013